ARNOLD L. OGDEN, Appellant, v. RIVERVIEW HOLDING, INC., Respondent, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. [134 Misc. 149.]

H. G. FOX, INC., Respondent, v. WILLIAM HAIM, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of THEODORE I. JACOBUS, as Administrator, etc., of JOSEPH JACOBUS, Deceased.— Decree affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Petition of ISAAC G. JOHNSON AND COMPANY to Register the Title to Certain Lands in the Counties of Bronx and New York.— Final order or judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

VIOLA OWENS, as Administratrix, etc., of FRANK OWENS, Deceased, Respondent, v. WEST NINETY-EIGHTH STREET HOLDING CORPORATION, Appellant.— Judgment and order so far as appealed from reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL KRENGEL, Appellant, v. JAMES J. WALKER, as Mayor of the City of New York and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROSIKA SCHWIMMER, Respondent, v. FRED R. MARVIN and Another, Appellants. — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALINE CHARTERS, Appellant, v. KESBEC SALES CO., INC., and Another, Defendants, Impleaded with EDLAR REALTY CO., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BROWN, WHEELOCK, HARRIS, VOUGHT & CO., INC., Respondent, v. EDWARD DEFOREST SIMMONS and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Proskauer, J., dissents on the ground that the admission of Exhibits 6 and 8 in evidence was reversible error.

JULIUS HILLE and Another, Appellants, v. L. C. HIRSCH & Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CIEL NURENBERG, Appellant, v. ABRAHAM NURENBERG, Respondent.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE MARBLE ARCH COMPANY and Another, Respondents, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NELLIE LYON and Another, Appellants, v. BETHLEHEM ENGINEERING CORPORATION and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.